B210
(12/04)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL District of CALIFORNIA**

FILED
APR 30 2007

In Re: DOUGLAS PETERS                           Case No.   05-14371

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| Vativ | HEILIG MEYERS |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| HEILIG MEYERS<br>c/o Vativ<br>As Agent For Palisades Collection, LLC<br>P.O. Box 19249<br>Sugar Land, TX 77496 | |
| Phone: (800) 941-8632 | |
| Last Four Digits of Acct #: xxxxxx9616 | Last Four Digits of Acct #: xxxxxx9616 |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>HEILIG MEYERS<br>P.O. BOX 105460<br>Atlanta, GA 303485460<br>Phone: |
| | Last Four Digits of Acct #: xxxxxx9616 |

Court Claim # (if known):   8 for $1079.57
Date Claim Filed (if known):   06/30/2005

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Amy Shiek                                                Date: 4/24/2007

Amy Shiek, Transferee/Transferee's Agent, President,     Vativ Recovery Solutions, LLC
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

---

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been field in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court withing twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                   CLERK OF THE COURT

## EXHIBIT B
## BILL OF SALE AND ASSIGNMENT OF ACCOUNTS

The Heilig-Meyers Master Trust, a trust formed under the laws of the State of New York ("Seller") hereby absolutely sells, transfers, assigns, sets-over and conveys to Palisades Collection, LLC, a limited liability company organized under the laws of Delaware with an office at 210 Sylvan Avenue, Englewood Cliffs, NJ 07362, ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature:

(a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Exhibit A (the "Accounts"), and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to April 7, 2006, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between the Seller, and the Buyer dated April 21, 2006, (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement.

This Bill of Sale shall be governed by the laws of the State of New York without regard to the conflicts-of-laws rules thereof.

DATED: April 21, 2006

THE HEILIG-MEYERS MASTER TRUST:
By: Wachovia Bank, N.A., not individually or personally, but solely in its capacity as Trustee

By: _____
Name: David P. Houle
Title: Vice President

STATE OF NORTH CAROLINA)
) ss.
COUNTY OF MECKLENBURG)

On this the 21st day of April, 2006, before me the undersigned officer, personally appeared David P. Houle, who acknowledged him/herself to be the Vice President of Wachovia Bank, N.A., signer and sealer of the foregoing instrument, and that he/she as such officer, being authorized so to do, acknowledged the execution of the same to be his/her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

_____
Commissioner of the Superior Court
Notary Public

CONSTANCE M. TYMA
CABARRUS, NC
My Commission Expires September 25, 2007

Page 18 of 19